Motor Acceptance Company of Illinois, appellant, v. Lawrence Ehrhart, appellee. Gen. No. 9,161.

Opinion filed January 24, 1939. Rehearing denied April 4, 1939.

Alexander W. Jamieson and Gumbart & Grigsby, for appellant. Harris & Harris, for appellee.

Mr. Justice Hayes delivered the opinion of the court.

Stuart E. Pierson, administrator de bonis non with will annexed of estate of David Meade Fishback, deceased, appellee, v. Louise Fishback et al., appellant. Gen. No. 9,139.

Opinion filed January 31, 1939. Rehearing denied April 4, 1939.

Gilbert K. Hutchins, for appellant; Jack McDonald, of counsel. William G. Vogt and A. B. Johnson, for appellee.

Mr. Justice Hayes delivered the opinion of the court.

Irene Katherine Thielen, appellant, v. Vincent Paul Thielen, appellee. Gen. No. 9,176.

Opinion filed March 6, 1939.

George W. Sprenger, for appellant. Wayne C. Townley, for appellee.

Mr. Justice Fulton delivered the opinion of the court.

FOURTH DISTRICT.

Ike Moore, appellee, v. Metropolitan Life Insurance Company, appellant.

Opinion filed January 13, 1939.

Wheatley & Combe, for appellant. Harry J. Flanders, for appellee.

Mr. Presiding Justice Murphy delivered the opinion of the court.